IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KAREN F. KILE | ) | CASE NO. 03-683 |
| | ) | |
| Plaintiff | ) | JUDGE DONETTA AMBROSE |
| | ) | |
| v. | ) | |
| | ) | |
| ELECTRONIC DATA SYSTEMS, INC. | ) | |
| | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

UPON THE STIPULATION of the parties hereto, through their respective counsel of record, that the above cause of action be dismissed with prejudice and with each party to bear its own costs and attorneys' fees;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the above cause of action be, and the same hereby is, dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

*[signature]*
**U.S. District Judge**

7-25-05

AGREED:

Attorney for Plaintiff, Karen Kile

s/James H. Logan
James H. Logan, Esq.

Attorneys for Defendant,
Electronic Data Systems Corporation

/s/ David A. Posner
David A. Posner, Esq.